FILED

2014 Jun-02  AM 09:44
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### MIDDLE DIVISION

| | | |
|---|---|---|
| KWAN KAM LING, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | 4:14-cv-0852-AKK-JEO |
| | ) | |
| SCOTT HASSELL, Warden, et al., | ) | |
| | ) | |
| Respondents. | ) | |

## MEMORANDUM OPNION

This is an action on a petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2241. The *pro se* Petitioner contends that he is being illegally detained pending his removal from the United States under the Immigration and Nationality Act.  (Doc. 1).  *See generally Zadvydas v. Davis*, 533 U.S. 678 (2001).  Respondents now move to dismiss the action as moot.  (Doc. 6).

In support of their motion, Respondents have filed evidence showing that the petitioner was released from custody under order of supervision.  (Docs. 6-1, 6-2).  Thus, Petitioner's claim for release under an order of supervision or for repatriation is moot.  *See Nyaga v. Ashcroft*, 323 F.3d 906, 913 (11th Cir. 2003) ("a case must be dismissed as moot if the court can no longer provide 'meaningful relief'").  Accordingly, Respondents' motion is due to be granted, and this matter is due to be dismissed as moot.  A separate final order will be entered.

**DONE**, this 2nd day of June, 2014.

_____
**ABDUL K. KALLON**
UNITED STATES DISTRICT JUDGE